UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUVONDI PENDER,

                Plaintiff,

  -against-

JOHN E. POTTER, Postmaster General of the
U.S. P.O.; Agents, Employees, Jane and John Does,
fictitiously stated, because plaintiff, has no other
information of person in service, or position for the
U.S.P.S, Jointly and Severally, et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
03-CV-1595 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 0 5 2005 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 4, 2005, granting the defendants' motion for summary judgment; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for the purposes of appeal; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the defendants' motion for summary judgment is granted; that pursuant to 28 U.S.C. § 1915 (a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for purposes of appeal.

Dated: Brooklyn, New York
       May 04, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court